UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| GLOLRIA MOORE,  )<br>   )<br>        Plaintiff,  )<br>   vs.    )    1:05-cv-1870-RLY-TAB<br>   )<br>JO ANNE B. BARNHART, Commissioner  )<br> of the Social Security Administration,  )<br>   )<br>        Defendant.  )| |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Gloria Moore is not entitled to Disability Insurance Benefits based on her application filed on September 13, 2000, is **REVERSED AND REMANDED** to the Commissioner for further proceedings consistent with the Entry issued this day.

This is a "sentence four" remand pursuant to 42 U.S.C. § 405(g).

Date: 01/10/2007

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper, UNITED STATES ATTORNEY'S OFFICE, tom.kieper@usdoj.gov

Annette Lee Rutkowski, KELLER & KELLER, annette@2keller.com